UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PJ

1:25MC80003

MAGISTRATE JUDGE KIM

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Violation No.: 1603473 |
| Eric Roberts, | Magistrate Young B. Kim |

ORDER

Telephonic status hearing is set for 3/25/2025 at 9:30 a.m. to set a date for trial. The conference call number for the hearing is (650) 479-3207 and the passcode is 23158661611#. (Press # when prompted for an attendee number.) Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

_____
Young B. Kim
United States Magistrate Judge

DATE: March 10, 2025

# United States District Court
## Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| TN6A | E1603473 | J. Brewn | 3519 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 10/31/2024 1205
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 1.218(a)(5)(b)(1)

Place of Offense: Building 200 Room 818

Offense Description: Factual Basis for Charge:
Disorderly Conduct on property which creates loud an unusual noise.

### DEFENDANT INFORMATION

Last Name: Roberts
First Name: Eric
Street Address: 5000 Sth 5th Avenue, Apt 308, Building 240
City: Hines
State: IL
Zip Code: 60141
Date of Birth: 10/12/1968

☒ Adult ☐ Juvenile    Sex: ☒ Male ☐ Female

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☐ If Box A is checked, you must appear in court.
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ 250 Forfeiture Amount
+ $30 Processing Fee
$ 280 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: TBA
Date: TBA
Time: TBA

X Defendant Signature: Not present to sign

*E1603473*

CVB SCAN 12/26/2024 16:49
Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 31, 2024 while exercising my duties as a law enforcement officer in the Northern District of Illinois

while standing on a unit I heard a patient yelling and cursing. Upon investigating the noise I witnessed the patient yelling and cursing at staff. I issued a citation for disorderly conduct.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/31/2024    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident