UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. E1603473 |
| | ) | |
| v. | ) | Magistrate Judge Young B. Kim |
| | ) | |
| ERIC ROBERTS, | ) | |
| | ) | |
| Defendant. | ) | March 25, 2025 |

### ORDER

Status hearing held. A follow-up status hearing is scheduled for April 8, 2025, at 2:30 p.m. The conference call number for the hearing is (650) 479-3207 and the passcode is 23158661611#. (Press # when prompted for an attendee number.) Trial in this matter is scheduled for April 24, 2025, at 9:00 a.m. in courtroom 1019. Parties are to finalize their list of witnesses and exhibits by the next status hearing.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

A copy of this order is emailed to Defendant (owner@threeravensconsulting.com).

ENTER:

_Young B. Kim_
Young B. Kim
United States Magistrate Judge